# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| SHARON ANITA MASSEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIAL SECURITY )<br>ADMINISTRATION )<br>)<br>Defendant. ) | NO. 1:20-cv-00030<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE NEWBERN |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 26) on Plaintiff's Motion for Judgment on the Record (Doc. No. 22). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Judgment on the Record be **GRANTED**, the decision of the Administrative Law Judge be **VACATED**, and this case be **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 26 at 18). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Judgment on the Record (Doc. No. 22) is **GRANTED**, and this case is REMANDED for action consistent with the recommendation of the Magistrate Judge.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE